**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RENEE PETONIC,

    Plaintiff,

v.                                              CASE NO: 8:13-cv-109-T-26EAJ

NATIONAL ASSET & RISK MANAGEMENT, LLC,
a/k/a National Asset Management, LLC,

    Defendant.
                                   /

**O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** as follows:

1)    Plaintiff's Motion for Clerk's Default (Dkt. 13) is granted.

2)    The Clerk is directed to enter a clerk's default against Defendant pursuant to Rule 55(a), Federal Rules of Civil Procedure.

3)    Plaintiff is put on notice of the time requirement imposed by Local Rule 1.07(b) for applying for a final default judgment pursuant to Rule 55(b), Federal Rules of Civil Procedure, failing which this case will be subject to dismissal without notice and without prejudice.

**DONE AND ORDERED** at Tampa, Florida, on July 12, 2013.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record