**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RENEE PETONIC,

     Plaintiff,

v.                                                                    CASE NO: 8:13-cv-109-T-26EAJ

NATIONAL ASSET & RISK MANAGEMENT, LLC,
a/k/a National Asset Management, LLC,

     Defendant.

_____/

## O R D E R

Upon due and careful consideration of the procedural history of this case, together with Plaintiff's submissions, it is ordered and adjudged that Plaintiff's Motion for Default Final Judgment Against Defendant National Asset & Risk Management, LLC (Dkt. 16) is granted. Plaintiff's counsel is directed to file a revised proposed final judgment reflecting the amount of prejudgment interest due Plaintiff, together with a declaration supporting that amount, no later than August 8, 2013. The Clerk is directed to close this case with the Court reserving jurisdiction to enter a final judgment.

**DONE AND ORDERED** at Tampa, Florida, on July 24, 2013.


                          s/*Richard A. Lazzara*_____
                          **RICHARD A. LAZZARA**
                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record